# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:13–cv–00715–VLB

Protegrity Corp v. Dataguise, Inc.  
Assigned to: Judge Vanessa L. Bryant  
Cause: 35:271 Patent Infringement

Date Filed: 05/17/2013  
Date Terminated: 09/03/2014  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Protegrity Corp**  
*a Cayman Islands Company*

represented by **Stefan V. Stein**  
Gray Robinson PA  
401 E. Jackson Street  
Suite 2700  
Tampa, Fl 33602  
813–273–5000  
Fax: 813–273–5145  
Email: Stefan.Stein@gray–robinson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen P. McNamara**  
St. Onge, Steward, Johnston &Reens  
986 Bedford St.  
Stamford, CT 06905–5619  
203–324–6155  
Fax: 203–327–1096  
Email: smcnamara@ssjr.com  
*TERMINATED: 06/26/2014*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Woodrow H. Pollack**  
Gray Robinson PA  
401 E. Jackson Street  
Suite 2700  
Tampa, Fl 33602  
813–273–5000  
Fax: 813–273–5145  
Email: woodrow.pollack@gray–robinson.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dataguise, Inc.**  
*a Delaware Corporation*

represented by **Joseph C. Gratz**  
Durie Tangri, LLP  
217 Leidesdorff St.

San Francisco, CA 94111–3007
415–362–6666
Fax: 415–236–6300
Email: jgratz@durietangri.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee A. Duval**
Shipman &Goodwin –ConstPlza–Htfd
One Constitution Plaza
Hartford, CT 06103–1919
860–251–5000
Fax: 860–251–5219
Email: lduval@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. Fahey**
Shipman &Goodwin –ConstPlza–Htfd
One Constitution Plaza
Hartford, CT 06103–1919
860–251–5000
Fax: 860–251–5219
Email: pfahey@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ragesh K. Tangri**
Durie Tangri, LLP
217 Leidesdorff St.
San Francisco, CA 94111–3007
415–362–6666
Fax: 415–236–6300
Email: rtangri@durietangri.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2013 | Ï 1 | COMPLAINT against Dataguise, Inc. ( Filing fee $400 receipt number 0205–2882053.), filed by Protegrity Corp. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McNamara, Stephen) (Entered: 05/17/2013) |
| 05/17/2013 | Ï | Request for Clerk to issue summons as to Dataguise, Inc.. (McNamara, Stephen) (Entered: 05/17/2013) |
| 05/17/2013 | Ï 2 | Corporate Disclosure Statement by Protegrity Corp. (McNamara, Stephen) (Entered: 05/17/2013) |
| 05/17/2013 | Ï | Judge Vanessa L. Bryant added. (Oliver, T.) (Entered: 05/17/2013) |
| 05/17/2013 | Ï 3 | Order on Pretrial Deadlines: Motions to Dismiss due on 08/17/2013. Amended Pleadings due by 7/16/2013; Discovery due by 11/16/2013; Dispositive Motions due by 12/16/2013. Signed by Clerk on 05/17/2013.(Grady, B.) (Entered: 05/17/2013) |

| | | |
|---|---|---|
| 05/17/2013 | 4 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER:<br>Signed by Judge Vanessa L. Bryant on 05/17/2013.(Grady, B.) (Entered: 05/17/2013) |
| 05/17/2013 | 5 | ORDER RE: Judge's Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered.<br>Signed by Judge Vanessa L. Bryant on 05/17/2013.(Grady, B.) (Entered: 05/17/2013) |
| 05/17/2013 | 6 | STANDING PROTECTIVE ORDER:<br>Signed by Judge Vanessa L. Bryant on 05/17/2013.(Grady, B.) (Entered: 05/17/2013) |
| 05/17/2013 | 7 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 2 Corporate Disclosure Statement filed by Protegrity Corp, 5 Order Re: Chambers Practices, 4 Electronic Filing Order, 6 Protective Order, 1 Complaint filed by Protegrity Corp, 3 Order on Pretrial Deadlines.<br>Signed by Clerk on 05/17/2013.(Grady, B.) (Entered: 05/17/2013) |
| 05/17/2013 | 8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Dataguise, Inc.* with answer to complaint due within *21* days. Attorney *Stephen P. McNamara* *St. Onge, Steward, Johnston &Reens* *986 Bedford St.* *Stamford, CT 06905–5619*. (Grady, B.) (Entered: 05/17/2013) |
| 05/17/2013 | 9 | AO 120 Report on the Filing of an Action re: Patent Form Completed (Attachments: # 1 Complaint, # 2 Exhibit A, # 3 Exhibit B) (Grady, B.) (Entered: 05/17/2013) |
| 05/17/2013 | 10 | NOTICE by Protegrity Corp *of Related Cases* (McNamara, Stephen) (Entered: 05/17/2013) |
| 05/28/2013 | 11 | SUMMONS Returned Executed by Protegrity Corp. Dataguise, Inc. served on 5/21/2013, answer due 6/11/2013. (McNamara, Stephen) (Entered: 05/28/2013) |
| 05/28/2013 | 12 | MOTION for Attorney(s) Stefan V. Stein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205–2891322) by Protegrity Corp. (Attachments: # 1 Affidavit)(McNamara, Stephen) (Entered: 05/28/2013) |
| 05/28/2013 | 13 | MOTION for Attorney(s) Woodrow H. Pollack to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205–2891342) by Protegrity Corp. (Attachments: # 1 Affidavit)(McNamara, Stephen) (Entered: 05/28/2013) |
| 05/29/2013 | 14 | ORDER granting 12 MOTION for Attorney Stefan V. Stein to be admitted pro hac vice. Attorney Stefan V. Stein for Protegrity Corp added. Certificate of Good Standing due by 7/28/2013. Signed by Clerk on 05/29/2013. (Grady, B.) (Entered: 05/29/2013) |
| 05/29/2013 | 15 | ORDER granting 13 MOTION for Attorney Woodrow H. Pollack to be admitted pro hac vice. Attorney Woodrow H. Pollack for Protegrity Corp added. Certificate of Good Standing due by 7/28/2013. Signed by Clerk on 05/29/2013. (Grady, B.) (Entered: 05/29/2013) |
| 05/30/2013 | 16 | NOTICE of Appearance by Woodrow H. Pollack on behalf of Protegrity Corp (Pollack, Woodrow) (Entered: 05/30/2013) |
| 05/30/2013 | 17 | NOTICE of Appearance by Stefan V. Stein on behalf of Protegrity Corp (Stein, Stefan) (Entered: 05/30/2013) |
| 06/04/2013 | 18 | CERTIFICATE OF GOOD STANDING re 13 MOTION for Attorney(s) Woodrow H. Pollack to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205–2891342) by Protegrity Corp. (Pollack, Woodrow) (Entered: 06/04/2013) |
| 06/04/2013 | 19 | CERTIFICATE OF SERVICE by Protegrity Corp re 18 Certificate of Good Standing *of Woodrow H. Pollack* (Pollack, Woodrow) (Entered: 06/04/2013) |

| | | |
|---|---|---|
| 06/04/2013 | 20 | CERTIFICATE OF GOOD STANDING re 12 MOTION for Attorney(s) Stefan V. Stein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−2891322) by Protegrity Corp. (Stein, Stefan) (Entered: 06/04/2013) |
| 06/04/2013 | 21 | CERTIFICATE OF SERVICE by Protegrity Corp re 20 Certificate of Good Standing *of Stefan V. Stein* (Stein, Stefan) (Entered: 06/04/2013) |
| 06/11/2013 | 22 | NOTICE of Appearance by Patrick M. Fahey on behalf of Dataguise, Inc. (Fahey, Patrick) (Entered: 06/11/2013) |
| 06/11/2013 | 23 | Consent MOTION for Extension of Time until July 26, 2013 to respond to Complaint 1 Complaint by Dataguise, Inc.. (Fahey, Patrick) (Entered: 06/11/2013) |
| 06/11/2013 | 24 | NOTICE of Appearance by Lee A. Duval on behalf of Dataguise, Inc. (Duval, Lee) (Entered: 06/11/2013) |
| 06/11/2013 | | Answer deadline updated for Dataguise, Inc. to 7/26/2013. see order dkt# 25 (LaLone, L.) (Entered: 06/12/2013) |
| 06/12/2013 | 25 | ORDER granting Defendant's 23 Motion for Extension of Time to Respond to Complaint. Defendant is ordered to respond to the Complaint on or before 07/26/13. Signed by Judge Vanessa L. Bryant on 06/12/13. (Rock, K.) (Entered: 06/12/2013) |
| 06/12/2013 | 26 | Corporate Disclosure Statement by Dataguise, Inc.. (Fahey, Patrick) (Entered: 06/12/2013) |
| 06/12/2013 | 27 | MOTION for Attorney(s) Ragesh K. Tangri to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−2908226) by Dataguise, Inc.. (Fahey, Patrick) (Entered: 06/12/2013) |
| 06/12/2013 | 28 | MOTION for Attorney(s) Joseph C. Gratz to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−2908235) by Dataguise, Inc.. (Fahey, Patrick) (Entered: 06/12/2013) |
| 06/13/2013 | 29 | ORDER granting 27 MOTION for Attorney Ragesh K. Tangri to be admitted pro hac vice. Certificate of Good Standing due by 8/12/2013. Signed by Clerk on 06/13/2013. (Grady, B.) (Entered: 06/13/2013) |
| 06/13/2013 | 30 | ORDER granting 28 MOTION for Attorney(s) Joseph C. Gratz to be Admitted Pro Hac Vice. Certificate of Good Standing due by 8/12/2013. Signed by Clerk on 06/13/2013. (Grady, B.) (Entered: 06/13/2013) |
| 06/18/2013 | 31 | CERTIFICATE OF GOOD STANDING re 28 MOTION for Attorney(s) Joseph C. Gratz to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−2908235) by Dataguise, Inc.. (Fahey, Patrick) (Entered: 06/18/2013) |
| 06/18/2013 | 32 | CERTIFICATE OF GOOD STANDING re 27 MOTION for Attorney(s) Ragesh K. Tangri to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205−2908226) by Dataguise, Inc.. (Fahey, Patrick) (Entered: 06/18/2013) |
| 06/19/2013 | 33 | CERTIFICATE OF SERVICE by Dataguise, Inc. re 31 Certificate of Good Standing, 32 Certificate of Good Standing (Fahey, Patrick) (Entered: 06/19/2013) |
| 07/25/2013 | 34 | REPORT of Rule 26(f) Planning Meeting. (McNamara, Stephen) (Entered: 07/25/2013) |
| 09/09/2013 | 35 | SCHEDULING ORDER: The Court orders the following Case Management Plan pursuant to the parties' 34 26(f) Report: Plaintiff may seek discovery of defendant, including interrogatories and document requests on issues of personal jurisdiction and venue between July 25 and November 1, 2013. Defendant will file its motion to dismiss and/or motion to transfer by November 1, 2013. Plaintiff will file and serve any opposition to defendant's motion by December 2, 2013. Defendant will then reply to plaintiff's opposition by December 18, 2013. An amended |

| | | |
|---|---|---|
| | | scheduling order will then be issued following the Court's decision on the defendant's motion to dismiss and/or transfer.<br>Signed by Judge Vanessa L. Bryant on 9/9/2013.(Burkart, B.) (Entered: 09/09/2013) |
| 11/01/2013 | 36 | MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative* (Responses due by 11/22/2013, ), MOTION to Transfer to Another District by Dataguise, Inc.. (Fahey, Patrick) (Entered: 11/01/2013) |
| 11/01/2013 | 37 | Memorandum in Support re 36 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative* MOTION to Transfer to Another District filed by Dataguise, Inc.. (Attachments: # 1 Affidavit Declaration of R. Tangri, # 2 Affidavit Declaration of R. Sample, # 3 Affidavit Declaration of Manmeet Singh Bhasin)(Fahey, Patrick) (Entered: 11/01/2013) |
| 11/01/2013 | 38 | MOTION to Seal Exhibit 1 by Dataguise, Inc. (Grady, B.) (Entered: 11/06/2013) |
| 11/01/2013 | 39 | Sealed Document: Exhibit 1 by Dataguise, Inc. (Grady, B.) (Entered: 11/06/2013) |
| 11/11/2013 | 40 | Supplemental AFFIDAVIT re 36 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative* MOTION to Transfer to Another District Signed By Ron Sample filed by Dataguise, Inc.. (Fahey, Patrick) (Entered: 11/11/2013) |
| 11/14/2013 | 41 | ORDER granting Defendant's 38 Motion to Seal Exhibit 1 in support of its 36 Motion to Dismiss. Signed by Judge Vanessa L. Bryant on 11/14/2013. (Burkart, B.) (Entered: 11/14/2013) |
| 11/15/2013 | 42 | STANDING ORDER IN PATENT CASES<br>Signed by Judge Vanessa L. Bryant on 11/15/13.(LaLone, L.) (Entered: 11/15/2013) |
| 12/02/2013 | 43 | Consent MOTION to Seal portions of Pltff's Opposition to Def's Motion to Dismiss by Protegrity Corp. (McNamara, Stephen) (Entered: 12/02/2013) |
| 12/02/2013 | 44 | Memorandum in Opposition re 36 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative* MOTION to Transfer to Another District filed by Protegrity Corp. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(McNamara, Stephen) (Entered: 12/02/2013) |
| 12/12/2013 | 45 | ORDER denying Plaintiff's 43 Motion to Seal. Before granting a motion to seal, the local rules require that the court make a particularized finding of fact that the party's privacy interests outweigh the constitutional right of the public to have free access to the courts. The fact that a party designates information as confidential in its papers without explanation does not permit this court to make the sufficient findings. Furthermore, the court has not received the unsealed documents that would permit an *in camera* review. The motion is denied without prejudice to refiling in a manner complying with local rule 5(e) and any other applicable rules. Signed by Judge Vanessa L. Bryant on 12/12/2013. (Burkart, B.) (Entered: 12/12/2013) |
| 12/12/2013 | 47 | Sealed Document: Opposition by Protegrity Corp, re: 36 MOTION to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative MOTION to Transfer to Another District. (Attachments: # 1 Exhibit B)(Grady, B.) (Entered: 12/13/2013) |
| 12/13/2013 | 46 | ORDER denying 43 Consent Motion to Seal. The Court received the documents that were filed as sealed on the docket for the proposed *in camera* review, but the Court's 45 Order remains unchanged. The documents do not reveal the plaintiff's reasoning for its belief that the redacted material is subject to seal and does not offer, and the Court is not able to fathom, the particularized facts which it is required to find in order to grant such a motion. In particular, the proposed redacted sections of the plaintiff's papers are clearly not the least restrictive means to withhold particularly sensitive information. Should the plaintiff refile this motion, it must make reasoned arguments as to why the information it wants to seal should be sealed and support those |

| | | |
|---|---|---|
| | | arguments with particularized findings of fact and explain, in particular, why the proposed seal is the least restrictive means for redacting the confidential information.<br>Signed by Judge Vanessa L. Bryant on 12/13/2013.(Burkart, B.) (Entered: 12/13/2013) |
| 12/18/2013 | 48 | REPLY to Response to 36 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative* MOTION to Transfer to Another District filed by Dataguise, Inc.. (Attachments: # 1 Affidavit Declaration of R. Tangri)(Fahey, Patrick) (Entered: 12/18/2013) |
| 12/19/2013 | 49 | Memorandum in Opposition *(12/2/2013 Opposition refiled as public version)* re 36 MOTION to Dismiss *for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative* MOTION to Transfer to Another District filed by Protegrity Corp. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Appendix 1–1, # 6 Appendix 1–2, # 7 Appendix 2)(McNamara, Stephen) (Additional attachment(s) added on 12/23/2013: # 8 REPLACEMENT PDF – Exhibit D) (Grady, B.). (Entered: 12/19/2013) |
| 01/15/2014 | 50 | MOTION for Leave to File *Notice of Subsequent Authority* by Dataguise, Inc.. (Fahey, Patrick) (Entered: 01/15/2014) |
| 01/16/2014 | 51 | ORDER granting Defendant's 50 Motion for Leave to File Subsequent Authority. Signed by Judge Vanessa L. Bryant on 1/16/2014. (Burkart, B.) (Entered: 01/16/2014) |
| 03/18/2014 | 52 | MOTION for Leave to File *Notice of Additional Authority* by Dataguise, Inc.. (Fahey, Patrick) (Entered: 03/18/2014) |
| 03/19/2014 | 53 | ORDER granting 52 Motion for Leave to File additional authority. Signed by Judge Vanessa L. Bryant on 3/19/2014. (Burkart, B.) (Entered: 03/19/2014) |
| 06/25/2014 | 54 | MOTION for Stephen P. McNamara to Withdraw as Attorney by Protegrity Corp. (McNamara, Stephen) (Entered: 06/25/2014) |
| 06/26/2014 | 55 | ORDER granting 54 Motion to Withdraw as Attorney. Attorney Stephen P. McNamara terminated. Signed by Judge Vanessa L. Bryant on 6/26/14. (LaLone, L.) (Entered: 06/26/2014) |
| 09/03/2014 | 56 | ORDER granting Defendant's 36 Motion to Transfer to Another District. See the attached memorandum of decision. Signed by Judge Vanessa L. Bryant on 9/3/14. (De Palma, C) (Entered: 09/03/2014) |
| 09/03/2014 |  | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(LaLone, L.) (Entered: 09/04/2014) |
| 09/04/2014 | 57 | ORDER denying as moot 36 Motion to Dismiss in light of the Court's 56 Order granting Defendant's Motion to Transfer to Another District. Signed by Judge Vanessa L. Bryant on 9/3/14. (De Palma, C) (Entered: 09/04/2014) |
| 09/04/2014 | 58 | AO 120 Report on the Determination of an Action re: Patent or Trademark Form Completed (LaLone, L.) (Entered: 09/04/2014) |
| 09/17/2014 | 59 | MOTION for Joinder *of Protegrity USA, Inc. as Party–Plaintiff* by Protegrity Corp. (Pollack, Woodrow) (Entered: 09/17/2014) |

| | | |
|---|---|---|
| 09/17/2014 | 60 | MOTION to transfer case to Judge Robert Chatigny by Protegrity Corp. Responses due by 10/8/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Pollack, Woodrow) Modified on 9/18/2014 to change event (Grady, B.). (Entered: 09/17/2014) |
| 09/17/2014 | 61 | MOTION for Reconsideration re 56 Order on Motion to Transfer to Another District by Protegrity Corp.Responses due by 10/8/2014 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Pollack, Woodrow) (Entered: 09/17/2014) |
| 09/22/2014 | 62 | ORDER denying Plaintiff's 59 Motion for Joinder and 61 Motion for Reconsideration. Plaintiff's 60 Motion to Transfer is denied as moot. See attached memorandum of decision. The Clerk is directed to transfer this case to the Northern District of California. Signed by Judge Vanessa L. Bryant on 9/22/14. (De Palma, C) (Entered: 09/22/2014) |